**Ezra W. KARKUS, Receiver in Bankruptcy of Vreeland L. Siefert, Bankrupt,**

v.

**Vreeland L. SIEFERT, Myrtle A. Siefert, John F. X. Greene, Sudler Construction Co., a corporation, Seymour Paskow, Wilmore Co., a corporation, Appellant.**

No. 12671.

United States Court of Appeals Third Circuit.

Argued Dec. 4, 1958.

Decided Dec. 24, 1958.

James E. Masterson, Newark, N. J. (Kleinberg, Moroney & Masterson, Newark, N. J., on the brief), for appellant Paskow.

Isaac Gross, Red Bank, N. J. (Gross & Garfield, Red Bank, N. J., on the brief), for appellee.

Before KALODNER, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error.

The judgment of the District Court will be affirmed upon the opinion of Chief Judge Forman, D.C.N.J., 169 F.Supp. 662.